[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 05-12787
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEBRUARY 23, 2006
THOMAS K. KAHN
CLERK

D. C. Docket No. 05-00770-CV-TWT-1

MICHAEL BERNARD WRIGHT,

Plaintiff-Appellant,

versus

CHAIRMAN MILTON E. NIX, JR.,
Georgia State Board of Pardons and Paroles,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

**(February 23, 2006)**

Before TJOFLAT, ANDERSON and BIRCH, Circuit Judges.

PER CURIAM:

In this case, the district court dismissed the plaintiff's complaint under 28

U.S.C. § 1915A for failure to state a claim for relief under 42 U.S.C. § 1983. Plaintiff is a Georgia prison inmate. His complaint concerns his eligibility for parole and the Board's refusal to release him on parole. He seeks $650,000 in compensatory and punitive damages.

In its dispositive order of May 5, 2005, record vol. 1 at tab 3, the district court analyzed the plaintiff's claim and found it meritless as a matter of law. The plaintiff now appeals, challenging the court's decision. We find no error in the court's analysis of his claim or in its application of the law thereto.

**AFFIRMED.**